Filer's Name, Address, Phone, Fax, Email:
W. Richard Abelmann 9158
Abelmann Law LLC
1330 Ala Moana Blvd. Ste. 202
Honolulu, Hawaii 96814
Tel. 808.554.0104
Fax. 888.797.7471
rick@abelmannlaw.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_3015-1val (12/09)

| Debtor Name: | Tom, Rayland Kaleialoha Helepololei B Q | SSN (last 4 digits): | Case No.: |
|---|---|---|---|
| Address: | 96-055 B Waiawa Rd., Pearl City, HI 96782 | 5703 | 09-2894 |
| Jt Debtor Name: (If any) | Tom, Nina Anahila | SSN (last 4 digits): | |
| Address (if not same as above): | | 7039 | Chapter 13 |

## CHAPTER 13 PLAN MOTION TO VALUE COLLATERAL; NOTICE OF DEADLINE TO OBJECT

| Secured Creditor (name and address): | Account No. (at least last 4 digits) |
|---|---|
| Wells Fargo Bank<br>PO Box 60510<br>Los Angeles, CA 90060 | 9001 |

Collateral (if real property, state address or tax map key; if vehicle, state Vehicle I.D. No., Year, Make, Model, Mileage):
2004 Dodge Ram 1500, 100,000 miles

☐ If checked, subject property is debtor's principal residence.

| Date debt incurred: 12/1/07 | Total amount creditor(s) claim as secured: $ 13,107.00 |
|---|---|
| Debtor's valuation: $ 4,450.00 | Value based on: Kelley Blue Book |

| Chapter 13 Plan proposes treating this claim as secured to the extent of:<br>(Balance of claim to be treated as general unsecured claim unless plan states otherwise.) | $ 4,450.00 |
|---|---|

☐ If checked, valuation may arguably be contrary to the Bankruptcy Code under 11 U.S.C. § 1325(a).

Pursuant to 11 U.S.C. § 506(a) and Fed. R. Bankr. P. 3012, Debtor moves to value the above-described property and to modify the rights of the above-named creditor under 11 U.S.C. § 1322(b)(2). Based on the allegations stated below and in any supplemental documents, Debtor requests that the court make the valuation stated above. Debtor further requests that the valuation supersede any amount asserted as secured in the creditor's proof of claim. Debtor alleges the following security interests in the subject property.

| Creditor (by seniority) / Nature of interest (e.g., mortgage, judgment, vehicle loan) | Balance due – good faith est. |
|---|---|
| Wells Fargo Bank / vehicle loan | $ 4,450.00 |
| | $ |
| | $ |
| | $ |

| NOTICE |
|---|

NOTICE IS HEREBY GIVEN that this motion filed by the Debtor(s) concerns your interest in the above-described Property and is related to the Chapter 13 Plan being proposed by the Debtor(s), a copy of which should have been sent to you separately.

**Your rights may be affected.** **You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the court to approve the proposed treatment of your claim, or if you want the court to consider your views on the motion, then you or your attorney must file an Objection to Confirmation of Chapter 13 Plan not later than 7 days before the confirmation hearing date, or 21 days after the filing of this motion, whichever is later.** Your objection will be considered at the confirmation hearing.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the deadline stated above. Responses must be filed with the court at: **United States Bankruptcy Court, District of Hawaii, Suite 250, Honolulu, HI 96813**, and sent to the moving party at the address in the upper left corner of this document.

If you or your attorney do not file a timely objection, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief requested by the Debtor(s). The determination made in such an order will supersede any security interest stated in a proof of claim that you have filed or will file.

| ADDITIONAL NOTICE OF PROVISION ARGUABLY CONTRARY TO BANKRUPTCY CODE |
|---|

☐ IF CHECKED, FURTHER NOTICE IS GIVEN that one or more provisions in the proposed Chapter 13 Plan may arguably be contrary to the Bankruptcy Code. If so, the court may grant the motion to value collateral and confirm the plan **only** if you accept the treatment of your claim under the plan. **If you do not want to accept the plan, you must file a timely objection to this motion and the plan.** If you do not file a timely objection, you will have accepted the plan. If the court enters a confirmation order, the plan's provisions will be binding on you and the Debtor(s).

☐ The plan provides that you will NOT retain your lien in the subject property until paid in full under nonbankruptcy law or until a discharge is issued to the Debtor(s).

☐ The plan provides for less than full payment of a debt that (1) is secured by a purchase money security interest in the motor vehicle described above and (2) was incurred within 910 days preceding the date of the filing of the bankruptcy petition.

☐ The plan provides for less than full payment of a debt that (1) is secured by a purchase money security interest in the property described above and (2) was incurred within 1 year preceding the date of the filing of the bankruptcy petition.

Dated: 1/11/10    /s/ W. Richard Abelmann
                  Signature           (print name if original signature)



| Home | New Cars | **Used Cars** | Research & Explore | News & Reviews | Dealers & Inventory | Classifieds | Loans & |

Used Car Values | Search Used Car Listings | Certified Pre-Owned | Compare Vehicles | Perfect Car Finder | Most Researched Vehicles | CARFA

Welcome Back | Sign In | Create Account | My KBB    ZIP Code: 96814    Recently Viewed    You Might Also Li

Home > Used Cars > 2004 > Dodge > Ram 1500 Pickup > Quad Cab Short Bed          Save Vehicle   Print

# 2004 Dodge Ram 1500 Pickup Quad Cab Short Bed



- Trade-In Value
- Private Party Value
- Suggested Retail Value
- CPO Value
- Photo Gallery
- Compare Vehicles NEW!
- Blue Book Review
- Consumer Ratings
- Find Your Next Car
- Specifications

**BLUE BOOK® TRADE-IN VALUE** › WHAT'S THIS

More Photos

| Condition ‹ WHAT'S THIS? | Value |
|---|---|
| Excellent | $5,975 |
| Good | $5,425 |
| Fair | $4,450 |

**NEXT STEP:** Price New Cars ▸

**Local Listings:**
- ● Search Dodge Ram 1500 Pickup
- ○ Search Certified Pre-Owned Dodge Ram 1500 Pickup
- ○ Search all Classifieds near 96814

SEARCH ▸

Average Consumer Rating (662 Reviews)        Read Reviews

★★★★½ 4.4 out of 5        Review this Vehicle

**Similar New Vehicles**

2009 Dodge Ram 2500 Mega Cab
Photos
Review
Pricing

2009 Chevrolet Silverado 2500 HD Crew Cab
Photos
Review
Pricing

▸ More Results

**Shopping Tools**
- Free CARFAX Record Check
- Auto Loan from 4.24% APR
- Get a Free Insurance Quote
- Payment Calculator
- Find a Dealer

**BUY A USED CAR**
On Blue Book Classifieds™

Dodge
Ram 1500 Pickup
50 Miles
Near ZIP 96814
To View Ads, Click GO

**FIND THE RIGHT CAR**
Compare Used vs. New

Under $5,000

**Vehicle Highlights**

**Mileage:**       100,000
**Engine:**        V8 4.7 Liter
**Transmission:**  Automatic

Both New and Used

Pickup

To View List, Click 

**VIEW ANOTHER VEHICLE**

Select Year...

Select Make...

Select Model...



▹ Or Search by Category

▹ Or Change ZIP Code



| | |
|---|---|
| **Drivetrain:** | 2WD |

### Selected Equipment ▹ **Change Equipment**

**Standard**

| | | |
|---|---|---|
| ST | Power Steering | Cassette |
| Air Conditioning | AM/FM Stereo | Dual Front Air Bags |

## Blue Book Trade-In Value

Kelley Blue Book Trade-In Value is the amount consumers can expect to receive from a dealer for a trade-in vehicle, assuming an accurate appraisal of the vehicle's condition, mileage and features. This value will likely be less than the Private Party Value because the reselling dealer incurs the cost of safety inspections, reconditioning and other costs of doing business.

**Vehicle Condition Ratings**      ▹ **Check Vehicle Title History**

### Excellent
★★★★★                                                     **$5,975**

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

### Good
★★★★☆                                                     **$5,425**

- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

### Fair
★★★☆☆                                                     **$4,450**

- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

### Poor
★☆☆☆☆                                                      **N/A**

- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

\* Hawaii 12/10/2009

**Accurate Condition Appraisal**  ⟳ Change Condition

Accurately appraising the condition of a vehicle is an important aspect in determining its Blue Book value. Taking our 16 question condition quiz will ensure you know the correct condition rating.

**NEXT STEP:** [ Price New Cars ▸ ]

*© 2009 Kelley Blue Book Co., Inc. All rights reserved. 12/4/2009-12/10/2009 Edition. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.09121)*